1

2

3

4

5
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
6
AT SEATTLE

7
STACEY VANDELL, et al.,

8
                        Plaintiffs,

9
        v.                                              C19-2042 TSZ

10
LAKE WASHINGTON SCHOOL                       MINUTE ORDER
DISTRICT,
11
                        Defendant.

12

13
        The following Minute Order is made by direction of the Court, the Honorable
Thomas S. Zilly, United States District Judge:
14

15
        (1)     The parties are ORDERED to show cause by April 17, 2020, why this
action should not be dismissed for failing to comply with the Order requiring Joint Status
Report signed on January 3, 2020, docket no. 6.  Absent a timely response to this Minute
Order, this action shall be DISMISSED without prejudice.
16

17
        (2)     The Clerk is directed to send a copy of this Minute Order to all counsel of
record.

18
        Dated this 2nd day of April, 2020.

19

20
                                              William M. McCool
                                              Clerk

21
                                              s/Karen Dews
                                              Deputy Clerk

22

23

MINUTE ORDER - 1