UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STACEY VANDELL, et al.,

        Plaintiffs,

  v.

LAKE WASHINGTON SCHOOL DISTRICT,

        Defendant.

C19-2042 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)    Having reviewed the joint status report submitted by the parties, docket no. 11, the Court sets the following deadlines:

    (a) The administrative record shall be filed on or before July 15, 2020 under seal via the Case Management and Electronic Case Files ("CM/ECF") system. A working copy of the administrative record must be provided to the Court at the time any dispositive motion is filed. The working copy shall be three-hole punched, appropriately tabbed, and bound by rubbers bands or clips.

    (b) Any dispositive motions shall be filed on or before August 14, 2020 and noted for October 2, 2020. Dispositive motions shall not exceed 30 pages. Any opposition shall be filed on or before September 11, 2020 and shall not exceed 30 pages. Any reply shall be filed on or before the noting date and shall not exceed 12 pages. If the Court believes that oral argument would be beneficial, the Court will notify counsel at least one week before scheduling any hearing.

MINUTE ORDER - 1

(2)   If the case settles, counsel shall immediately notify Karen Dews at (206) 370-8830.

(3)   The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 16th day of April, 2020.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 2